November 14, 2008

Mr. David W. Holman
The Holman Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, TX 77046

Ms. Jane M. N. Webre
Scott Douglass & McConnico, L.L.P.
600 Congress Ave., Suite 1500
Austin, TX 78701-2589

Mr. Richard Douglas Yeomans
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701

Ms. Karen L. Watkins
McGinnis Lochridge & Kilgore, L.L.P.
600 Congress Ave., Suite 2100
Austin, TX 78701

RE: Case Number: 07-0301
 Court of Appeals Number: 03-05-00786-CV
 Trial Court Number: 403,943

Style: EMORY B. PERRY, ET AL.
 v.
 DARRYL R. COHEN, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia Rodriguez |
| |Mendoza |